■ ALDEN STATE BANK, Respondent, v SUNRISE BUILDERS, INC., et al., Defendants, and JOSEPH D. PARKER et al., Appellants. (Appeal No. 1.) [849 NYS2d 863]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered July 10, 2006. The order granted plaintiff's motion for, inter alia, partial summary judgment against defendants Joseph D. Parker and Natalie T. Parker.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Gorski, J.P., Martoche, Lunn, Fahey and Pine, JJ.